USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

United States of America,

vs.

Victor Manuel Figueroa Molineros,

     Defendant.

------------------------------x

20 CR 587 (LAK)
&
01 CR 1001-05(DC)

TO THE UNITED STATES MARSHAL
SOUTHERN DISTRICT OF NEW YORK:

  The Court having today sentenced this defendant to time served,

  IT IS HEREBY ORDERED that, provided there are no outstanding detainers against the defendant, Victor Manuel Figueroa Molineros, this defendant is discharged from the custody of the United States Marshal immediately and in accordance with any special conditions as directed by the Court.

DATED: 5/19/2021

            Lewis A. Kaplan
           United States District Judge